# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HAUCK, CAROLYN D. § Case No. 17-01750 TAB
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2017 . The undersigned trustee was appointed on 01/20/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   24,209.53

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,156.21 |
| Bank service fees | 156.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,400.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 20,496.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/11/2017 and the deadline for filing governmental claims was 07/19/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,930.95. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,930.95, for a total compensation of $ 2,930.95 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/13/2018                    By: /s/ANDREW J. MAXWELL, TRUSTEE
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 17-01750 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HAUCK, CAROLYN D. | | | Date Filed (f) or Converted (c): | 01/20/17 (f) |
| | | | | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 02/13/18 | | | Claims Bar Date: | 05/11/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18 Oakwood Dr. Prospect Height IL 60070 | 400,000.00 | 0.00 | | 0.00 | FA |
| 18 Oakwood Dr. Prospect Height IL 60070 | | | | | |
| 2. 2011 Nissan Murano (- Paid in Full - Full Coverage | 15,000.00 | 12,650.00 | | 12,650.00 | FA |
| 3. Miscellaneous used household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4. 3 TVs, 1 desk-top computers, 1 fax machine, 1 cell | 400.00 | 0.00 | | 0.00 | FA |
| 5. Books, Pictures, and CD's | 225.00 | 0.00 | | 0.00 | FA |
| 6. Debtor has a painting with an estimated value of $ | 2,000.00 | 500.00 | | 500.00 | FA |
| 7. Wearing Apparel | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 9. Checking account with Northern Trust | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| 10. TAX REFUND | 5,947.00 | 1,947.00 | | 1,947.00 | FA |
| Tax returns- Debtor expects to owe for the 2016, 2015,2014, 201 | | | | | |
| 11. UNSCHEDULE ASSET (u) | 112.53 | 112.53 | | 112.53 | FA |
| DISCOVER REFUND | | | | | |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $434,534.53 | $24,209.53 | | $24,209.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

no equity in RE and in foreclosure; D sold painting for $500 and agreed to remit proceeds to estate, not cost efficient

to take court action about it; agreed with D's attorney on amount of tax refunds due estate and that was paid

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 17-01750   TAB   Judge: TIMOTHY A. BARNES | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: HAUCK, CAROLYN D. | Date Filed (f) or Converted (c): 01/20/17 (f) |
| | 341(a) Meeting Date: 02/21/17 |
| | Claims Bar Date: 05/11/17 |

item 12- void (repeated entry # 10 regarding tax returns. Debtor amended amount)

partial compliance by debtor with turnover order.  the car is awaiting sale by auctioneer, scheduled for November 2017. The debtor will receive an auto exemption which may be used to pay back some of the tax refunds she received and did not pay, as well as the painting that she sold.  All of these things will delay closing the case.

investigating RE value, tax situation, auto equity

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-01750 -TAB | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HAUCK, CAROLYN D. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******2938 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4128 | | | | |
| For Period Ending: | 02/13/18 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/17 | 9 | CAROLYN HAUCH<br>CASHIER'S CHECK | Northern Trust funds | 1129-000 | 9,000.00 | | 9,000.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,987.92 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.36 | 8,974.56 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.91 | 8,961.65 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,948.33 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,935.46 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.29 | 8,922.17 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 8,908.91 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.82 | 8,896.09 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 8,882.86 |
| 11/29/17 | 11 | DISCOVER BANK<br>CAROLYN HAUCH<br>REFUND DISCOVERER CC | UNSCHEDULE ASSET REFUND DISCOVER | 1221-000 | 112.53 | | 8,995.39 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.79 | 8,982.60 |
| 12/08/17 | 2 | AMERICAN AUCTION<br>508 W BRITTANY DR<br>ARLINGTON HEIGHTS, IL 60004 | VEHICLE SALE | | 11,500.00 | | 20,482.60 |
| | | | Memo Amount:     12,650.00<br>2011 NISSAN MURANO SALE | 1129-000 | | | |
| | | HEATH INDUSTRIAL AUCTION SERVICES | Memo Amount:  (     1,150.00 )<br>ACTIONEER EXPENSES | 3610-000 | | | |
| 12/20/17 | 010001 | Carolyn D. Hauck<br>743 Crest Avenue<br>Schaumburg, IL 60193 | EXEMPTION FUNDS<br>735 ILCS 5/12-1001(c)- 2,400.00 | 8100-000 | | 2,400.00 | 18,082.60 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.59 | 18,056.01 |
| 01/17/18 | 6, 10 | CAROLYN D HAUCK<br>743 CREST AVE | taxes and painting | 1129-000 | 2,447.00 | | 20,503.01 |

Page Subtotals       23,059.53       2,556.52

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00g

FORM 2

Page: 2
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-01750 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HAUCK, CAROLYN D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2938 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4128 | | |
| For Period Ending: | 02/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/13/18 | 010002 | SCHAUMBURG IL 60193 INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PAYMENTS BOND # 016073584 TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 6.21 | 20,496.80 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 12,650.00 | COLUMN TOTALS | 23,059.53 | 2,562.73 | 20,496.80 |
| Memo Allocation Disbursements: | 1,150.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 23,059.53 | 2,562.73 | |
| Memo Allocation Net: | 11,500.00 | Less: Payments to Debtors | | 2,400.00 | |
| | | Net | 23,059.53 | 162.73 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 12,650.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 1,150.00 | Checking Account (Non-Interest Earn - *******2938 | 23,059.53 | 162.73 | 20,496.80 |
| Total Memo Allocation Net: | 11,500.00 | | 23,059.53 | 162.73 | 20,496.80 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 6.21

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 13, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-01750     Claim Class Sequence
Debtor Name: HAUCK, CAROLYN D.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $2,930.95 | $0.00 | $2,930.95 |
| 001<br>3210-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $4,093.22 | $0.00 | $4,093.22 |
| 001<br>3610-00 | Heath Industrial Auction Services<br>508 W Brittany Drive<br>Arlington Heights, IL 60004<br>Tax Id: | Administrative | 2221932938  12/08/17  10 | $1,376.06 | $1,150.00<br>1,150.00 | $226.06 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Administrative<br>  BOND PAYMENTS<br>  BOND  # 016073584<br>  TERM 02/01/1/ TO 02/01/19<br><br>2221932938  02/13/18  10002 | | $6.21<br><br><br><br>6.21 | $6.21 | $0.00 |
| 000002<br>058<br>5800-00 | IRS<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Priority<br>  claim withdrawn | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $15,233.68 | $0.00 | $15,233.68 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $154.36 | $0.00 | $154.36 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $3,362.98 | $0.00 | $3,362.98 |
| 000005<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured<br>  (5-1) Sam's ClubPersonalCredit or<br>  GEMB or GECRB | | $1,171.89 | $0.00 | $1,171.89 |
| 000006<br>080<br>7200-00 | Spero Medical LLC<br>355 W Dundee Rd Ste 219<br>Buffalo Grove, IL 60089 | Unsecured | | $911.46 | $0.00 | $911.46 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 13, 2018 |

Case Number:  17-01750  
Debtor Name:  HAUCK, CAROLYN D.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $29,240.81 | $1,156.21 | $28,084.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-01750 TAB
Case Name: HAUCK, CAROLYN D.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                  $         20,496.80

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,930.95 | $ 0.00 | $ 2,930.95 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,995.00 | $ 0.00 | $ 3,995.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 98.22 | $ 0.00 | $ 98.22 |
| Auctioneer Fees: Heath Industrial Auction Services | $ 1,376.06 | $ 1,150.00 | $ 226.06 |
| Other: INTERNATIONAL SURETIES, LTD | $ 6.21 | $ 6.21 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $          7,250.23
Remaining Balance                                           $         13,246.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | IRS | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 13,246.57 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,922.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 66.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,233.68 | $ 0.00 | $ 10,128.74 |
| 000003 | American Express Centurion Bank | $ 154.36 | $ 0.00 | $ 102.63 |
| 000004 | American Express Centurion Bank | $ 3,362.98 | $ 0.00 | $ 2,236.02 |
| 000005 | Synchrony Bank | $ 1,171.89 | $ 0.00 | $ 779.18 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 13,246.57 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 911.46 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Spero Medical LLC | $ 911.46 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE