IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) No. 17-01750 |
| CAROLYN HAUCK, | ) |
| | ) Hon. Timothy A. Barnes |
| | ) Chapter 7 |
| Debtor(s) | ) |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s)he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to the Debtor and all claimants having filed a proof of claim in this case (limitation authorized by court order dated August 30, 2017 (docket no. 28)) by depositing same in the United States Mail, postage prepaid, on or before March 2, 2018.

                                                               /s/ Andrew J. Maxwell

                                                               Andrew J. Maxwell (ARDC #1799150)
                                                               **Maxwell Law Group, LLC**
                                                               20 N. Clark Street, Suite 200
                                                               Chicago, IL 60602
                                                               312/368-1138

# SERVICE LIST
# CASE 17-01750

**17-18370 Electronic Notice mailed to:**

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Joseph P Doyle** on behalf of Debtor 1 Carolyn D. Hauck
joe@fightbills.com

**Notice by Mail:**

Discover Bank Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

IRS
PO Box 7317
Philadelphia, PA 19101-7317

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

Spero Medical LLC
355 W Dundee Rd Ste 219
Buffalo Grove, IL 60089

Carolyn D Hauck
73 Crest Avenue
Schaumburg IL 60193