UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
HAUCK, CAROLYN D.                   §   Case No. 17-01750 TAB
                                    §
          Debtor                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 386,050.00                    Assets Exempt: 22,825.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  13,246.57    Claims Discharged
                                                Without Payment:  73,038.85

Total Expenses of Administration:  8,562.96

---

3) Total gross receipts of $ 24,209.53  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,400.00  (see **Exhibit 2**), yielded net receipts of $ 21,809.53  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 405,104.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,562.96 | 8,562.96 | 8,562.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 89.00 | 8,218.42 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,362.05 | 20,834.37 | 20,834.37 | 13,246.57 |
| **TOTAL DISBURSEMENTS** | $ 470,555.05 | $ 37,615.75 | $ 29,397.33 | $ 21,809.53 |

4) This case was originally filed under chapter 7 on 01/20/2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2018          By:/s/ANDREW J. MAXWELL, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 12,650.00 |
| Debtor has a painting with an estimated value of $ | 1129-000 | 500.00 |
| Checking account with Northern Trust | 1129-000 | 9,000.00 |
| TAX REFUND | 1129-000 | 1,947.00 |
| UNSCHEDULE ASSET | 1221-000 | 112.53 |
| **TOTAL GROSS RECEIPTS** | | **$ 24,209.53** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carolyn D. Hauck | Exemptions | 8100-000 | 2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,400.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Trust Bank Po Box 92992 Chicago, IL 60675 | | 405,104.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 405,104.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 2,930.95 | 2,930.95 | 2,930.95 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 6.21 | 6.21 | 6.21 |
| ASSOCIATED BANK | 2600-000 | NA | 156.52 | 156.52 | 156.52 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MAXWELL LAW GROUP, LLC | 3210-000 | NA | 3,995.00 | 3,995.00 | 3,995.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):MAXWELL LAW GROUP, LLC | 3220-000 | NA | 98.22 | 98.22 | 98.22 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:HEATH INDUSTRIAL AUCTION SERVICES | 3610-000 | NA | 1,376.06 | 1,376.06 | 1,376.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,562.96** | **$ 8,562.96** | **$ 8,562.96** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 7317Philadelphia, PA 19101-7317 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue P. O. Box 64338Chicago, IL 60664-0338 | | 89.00 | NA | NA | 0.00 |
| 000002 | IRS | 5800-000 | NA | 8,218.42 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 89.00 | $ 8,218.42 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Correspondence Po Box 981540 El Paso, TX 79998 | | 116.00 | NA | NA | 0.00 |
| | Amex Correspondence Po Box 981540 El Paso, TX 79998 | | 3,277.00 | NA | NA | 0.00 |
| | CEP America-Illinois PO Box 582663 Modesto, CA 95358-0046 | | 663.00 | NA | NA | 0.00 |
| | Chase Card Attn: Correspondence Po Box 15298 Wilmington, DE 19850 | | 11,630.00 | NA | NA | 0.00 |
| | Citicards Cbna Po Box 6241 Sioux Falls, SD 57117 | | 9,834.00 | NA | NA | 0.00 |
| | Discover Financial Po Box 3025 New Albany, OH 43054 | | 15,017.00 | NA | NA | 0.00 |
| | FedChex Recovery PO Box 18978 Irvine, CA 92623-8851 | | 0.00 | NA | NA | 0.00 |
| | GHC Mechanical, Inc. 990 Pauly Drive Elk Grove Village, IL 60007 | | 2,750.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris & Harris 111 W. Jackson Blvd. Suite 400 Chicago, IL 60604-4135 | | 0.00 | NA | NA | 0.00 |
| | Hauselman, Rappin & Olswang 39 S. LaSalle Street Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | ICS PO Box 1010 Tinley Park, IL 60477-9110 | | 0.00 | NA | NA | 0.00 |
| | Medical Business Bureau, LLC P.O. Box 1219 Park Ridge, IL 60068-7219 | | 0.00 | NA | NA | 0.00 |
| | Midwest Anes Partners PO Box 3613 Carol Stream, IL 60132 | | 1,400.00 | NA | NA | 0.00 |
| | Northwest Community Healthcare 28079 Network Place Chicago, IL 60673-1280 | | 0.00 | NA | NA | 0.00 |
| | Northwest Community Hospital 25709 Network Pl. Chicago, IL 60673-1257 | | 18,249.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Spero Medical LLC Michael J. Magidow, MD P.O. Box 5262 Buffalo Grove, IL 60089-5262 | | 911.46 | NA | NA | 0.00 |
| | Stanislaus Credit Control Services 914 14th Street PO Box 480 Modesto, CA 95353 | | 0.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams Po Box 965005 Orlando, FL 32896 | | 1,171.00 | NA | NA | 0.00 |
| | United Shockwave Services Attn: Bankruptcy Dept. PO Box 2178 Des Plaines, IL 60017-2178 | | 342.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 154.36 | 154.36 | 102.63 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 3,362.98 | 3,362.98 | 2,236.02 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 15,233.68 | 15,233.68 | 10,128.74 |
| 000005 | SYNCHRONY BANK | 7100-000 | NA | 1,171.89 | 1,171.89 | 779.18 |
| 000006 | SPERO MEDICAL LLC | 7200-000 | NA | 911.46 | 911.46 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,362.05 | $ 20,834.37 | $ 20,834.37 | $ 13,246.57 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 17-01750 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | HAUCK, CAROLYN D. | | | | Date Filed (f) or Converted (c): | 01/20/17 (f) |
| | | | | | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 04/11/18 | | | | Claims Bar Date: | 05/11/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18 Oakwood Dr. Prospect Height IL 60070 | 400,000.00 | 0.00 | | 0.00 | FA |
|     18 Oakwood Dr. Prospect Height IL 60070 | | | | | |
| 2. 2011 Nissan Murano (- Paid in Full - Full Coverage | 15,000.00 | 12,650.00 | | 12,650.00 | FA |
| 3. Miscellaneous used household goods and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 4. 3 TVs, 1 desk-top computers, 1 fax machine, 1 cell | 400.00 | 0.00 | | 0.00 | FA |
| 5. Books, Pictures, and CD's | 225.00 | 0.00 | | 0.00 | FA |
| 6. Debtor has a painting with an estimated value of $ | 2,000.00 | 500.00 | | 500.00 | FA |
| 7. Wearing Apparel | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 9. Checking account with Northern Trust | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| 10. TAX REFUND | 5,947.00 | 1,947.00 | | 1,947.00 | FA |
|     Tax returns- Debtor expects to owe for the 2016, 2015,2014, 201 | | | | | |
| 11. UNSCHEDULE ASSET (u) | 112.53 | 112.53 | | 112.53 | FA |
|     DISCOVER REFUND | | | | | |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $434,534.53 | $24,209.53 | | $24,209.53 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR Filed -hearing date 3/27/2018

TFR Submitted on 2/13/2018

no equity in RE and in foreclosure; D sold painting for $500 and agreed to remit proceeds to estate, not cost efficient

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

Ver: 20.00h

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 17-01750    TAB    Judge: TIMOTHY A. BARNES |
| Case Name: | HAUCK, CAROLYN D. |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/20/17 (f) |
| 341(a) Meeting Date: | 02/21/17 |
| Claims Bar Date: | 05/11/17 |

to take court action about it; agreed with D's attorney on amount of tax refunds due estate and that was paid

item 12- void (repeated entry # 10 regarding tax returns. Debtor amended amount)

partial compliance by debtor with turnover order.  the car was sold by auctioneer in November 2017; Report of Sale filed Dec 2017  The debtor will receive an auto exemption which may be used to pay back some of the tax refunds she received and did not pay, as well as the painting that she sold. Exemption check sent to D in Dec 2017, waiting on her payment to estate (Jan 2018)

investigating RE value, tax situation, auto equity

Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 17-01750 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HAUCK, CAROLYN D. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2938 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4128 | | | |
| For Period Ending: | 04/11/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/17 | 9 | CAROLYN HAUCH  CASHIER'S CHECK | Northern Trust funds | 1129-000 | 9,000.00 | | 9,000.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,987.92 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.36 | 8,974.56 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.91 | 8,961.65 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,948.33 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.87 | 8,935.46 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.29 | 8,922.17 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.26 | 8,908.91 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.82 | 8,896.09 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.23 | 8,882.86 |
| 11/29/17 | 11 | DISCOVER BANK  CAROLYN HAUCH  REFUND DISCOVERER CC | UNSCHEDULE ASSET REFUND DISCOVER | 1221-000 | 112.53 | | 8,995.39 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.79 | 8,982.60 |
| 12/08/17 | 2 | AMERICAN AUCTION  508 W BRITTANY DR  ARLINGTON HEIGHTS, IL 60004 | VEHICLE SALE | | 11,500.00 | | 20,482.60 |
| | | | Memo Amount:     12,650.00  2011 NISSAN MURANO SALE | 1129-000 | | | |
| | | HEATH INDUSTRIAL AUCTION SERVICES | Memo Amount:  (    1,150.00 )  ACTIONEER EXPENSES | 3610-000 | | | |
| 12/20/17 | 010001 | Carolyn D. Hauck  743 Crest Avenue  Schaumburg, IL 60193 | EXEMPTION FUNDS  735 ILCS 5/12-1001(c)- 2,400.00 | 8100-000 | | 2,400.00 | 18,082.60 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.59 | 18,056.01 |
| 01/17/18 | 6, 10 | CAROLYN D HAUCK  743 CREST AVE | taxes and painting | 1129-000 | 2,447.00 | | 20,503.01 |

Page Subtotals    23,059.53    2,556.52

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-01750 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HAUCK, CAROLYN D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2938 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4128 | | |
| For Period Ending: | 04/11/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/13/18 | 010002 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139<br>SCHAUMBURG IL 60193 | BOND PAYMENTS<br>BOND # 016073584<br>TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 6.21 | 20,496.80 |
| 03/27/18 | 010003 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Trustee Compensation<br>o/c 3/27/2018 | 2100-000 | | 2,930.95 | 17,565.85 |
| 03/27/18 | 010004 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Atty Compensation and expenses<br>o/c 3/27/2018 | | | 4,093.22 | 13,472.63 |
| | | | Fees 3,995.00 | 3210-000 | | | |
| | | | Expenses 98.22 | 3220-000 | | | |
| 03/27/18 | 010005 | Heath Industrial Auction Services<br>508 W Brittany Drive<br>Arlington Heights, IL 60004 | Auctioneer expenses<br>o/c 3/27/2018 | 3610-000 | | 226.06 | 13,246.57 |
| 03/27/18 | 010006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim # , Final Payment<br>o/c 3/27/2018 | 7100-000 | | 10,128.74 | 3,117.83 |
| 03/27/18 | 010007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim # 2 , Final Payment<br>o/c 3/27/2018 | 7100-000 | | 102.63 | 3,015.20 |
| 03/27/18 | 010008 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim # 4, Final Payment<br>o/c 3/27/2018 | 7100-000 | | 2,236.02 | 779.18 |

Page Subtotals 0.00 19,723.83

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-01750 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HAUCK, CAROLYN D. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2938 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4128 | | |
| For Period Ending: | 04/11/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/18 | 010009 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Claim # 5, Final Payment<br>o/c 3/27/2018 | 7100-000 | | 779.18 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 12,650.00 | COLUMN TOTALS | | 23,059.53 | 23,059.53 | 0.00 |
| Memo Allocation Disbursements: | 1,150.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 23,059.53 | 23,059.53 | |
| Memo Allocation Net: | 11,500.00 | Less: Payments to Debtors | | | 2,400.00 | |
| | | Net | | 23,059.53 | 20,659.53 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 12,650.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 1,150.00 | Checking Account (Non-Interest Earn - ********2938 | | 23,059.53 | 20,659.53 | 0.00 |
| Total Memo Allocation Net: | 11,500.00 | | | 23,059.53 | 20,659.53 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       779.18

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*